1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 3:23-md-03084-CRB |
|---|---|
| | Judge: Honorable Charles Breyer |
| This Document Relates to: *M.C. v. Uber Technologies, Inc., et al.* Case No.: 3:24-cv-03608-CRB | **[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)** |

**ORDER**

Upon request of Defendants/Cross-Claimants for administrative relief and for good cause, **IT IS HEREBY ORDERED** that the service deadline for the Cross-Claims be extended to and including April 4, 2025.

**IT IS SO ORDERED.**

Dated: February 5, 2025



Judge Charles R. Breyer

-2-

UBER TECHNOLOGIES, INC., RASIER, LLC, AND RASIER-CA, LLC's
REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE    Case No. 3:23-cv-03608