1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

11
12

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:23-md-03084-CRB

Judge:        Honorable Charles Breyer

13
14
15
16
17

This Document Relates to:

*M.C. v. Uber Technologies, Inc., et al.*
Case No.: 3:24-cv-03608-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS AND CROSS-CLAIMANTS UBER TECHNOLOGIES, INC.; RASIER, LLC, AND RASIER-CA, LLC'S THIRD REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE (Local Rule 7-11)**

18
19
20
21
22
23
24
25
26
27
28

## ORDER

Upon request of Defendants/Cross-Claimants for administrative relief and for good cause, **IT IS HEREBY ORDERED** that the service deadline for the Cross-Claims be extended to and including August 4, 2025.

**IT IS SO ORDERED.**

Dated: June 4, 2025

Judge Charles R. Breyer